**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Donald Michael Reinmiller             CHAPTER 13
                Debtor(s)

                                             BKY. NO. 21-10312 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans, LLC and index same on the master mailing list.

                                             Respectfully submitted,

                                             /s/ Rebecca Solarz
                                             Rebecca Solarz
                                             11 Feb 2021, 17:38:34, EST

                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 627-1322