Certificate Number: 17572-PAE-DE-035372925

Bankruptcy Case Number: 21-10312



17572-PAE-DE-035372925

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 16, 2021, at 1:54 o'clock PM PST, Donald Reinmiller completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 16, 2021               By:      /s/Judy Alexander

                                        Name:    Judy Alexander

                                        Title:   Counselor