# J.L. CLARK

J.L. Clark LLC
923 23rd Avenue
Rockford, IL 61104

**Pay Statement**
Period Start Date 01/24/2021
Period End Date 01/30/2021
Pay Date 02/05/2021
Document 2908331
Net Pay $1,068.27

## Pay Details

| | | | |
|---|---|---|---|
| Donald M Reinmiller | Employee Number 10840 | Pay Group | JLC Hourly EEs |
| 13 Buckwalter Cir | SSN XXX-XX-6316 | Location | JLClark - Lancaster |
| Millersville, PA 17551-9500 | Job 2C Press Feeder | Div/Location | 104 - J L Clark - Lancaster |
| USA | Pay Rate $26.8233 | Department | 316 - Litho |
| | Pay Frequency Weekly | Labor Code | 316 - Litho |
| | | Pay Cycle | 1 - Weekly Hourly Factory |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Health Safe Per | 0.0000 | $0.00 | $1,268.50 |
| Holiday | 0.0000 | $0.00 | $422.83 |
| Imputed GTL | | $0.50 | $2.00 |
| Regular Pay | 0.0000 | $0.00 | $951.36 |
| STD 70% | 80.0000 | $1,502.10 | $1,946.07 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Loan 1 | No | $34.47 | $68.94 | $0.00 | $0.00 |
| Child Life | No | $0.36 | $1.44 | $0.00 | $0.00 |
| Consumer Health | Yes | $76.63 | $306.52 | $0.00 | $0.00 |
| Dental | Yes | $3.78 | $15.12 | $0.00 | $0.00 |
| Hlth Sav Acct | Yes | $15.00 | $60.00 | $0.00 | $0.00 |
| Imputed GTL | No | $0.50 | $2.00 | $0.00 | $0.00 |
| Vision | Yes | $3.01 | $12.04 | $0.00 | $0.00 |
| Consumer Health | No | $0.00 | $0.00 | $227.53 | $910.12 |
| Dental ER | No | $0.00 | $0.00 | $8.05 | $32.20 |
| Life Insur ER | No | $0.00 | $0.00 | $3.17 | $12.68 |
| Long Term 55-ER | No | $0.00 | $0.00 | $4.09 | $16.36 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $192.26 | $470.45 |
| Employee Medicare | $20.36 | $60.86 |
| Social Security Employee Tax | $87.06 | $260.22 |
| PA State Income Tax | $0.00 | $72.06 |
| LANCASTER CITY | $0.00 | $23.48 |
| LANCASTER CITY | $0.00 | $2.70 |
| LANCASTER SD | $0.00 | $0.30 |
| PA Unemployment Employee | $0.90 | $2.76 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx4392 | Checking | $1,068.27 |
| Total | | $1,068.27 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,502.60 | $1,404.18 | $300.58 | $133.75 | $1,068.27 |
| YTD | $4,590.76 | $4,197.08 | $892.83 | $466.06 | $3,231.87 |

# J.L. CLARK

J.L. Clark LLC
923 23rd Avenue
Rockford, IL 61104

**Pay Statement**
Period Start Date 01/17/2021
Period End Date 01/23/2021
Pay Date 01/29/2021
Document 2908005
Net Pay $747.51

## Pay Details

Donald M Reinmiller
13 Buckwalter Cir
Millersville, PA 17551-9500
USA

| | |
|---|---|
| Employee Number | 10840 |
| SSN | XXX-XX-6316 |
| Job | 2C Press Feeder |
| Pay Rate | $26.4269 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | JLC Hourly EEs |
| Location | JLClark - Lancaster |
| Div/Location | 104 - J L Clark - Lancaster |
| Department | 316 - Litho |
| Labor Code | 316 - Litho |
| Pay Cycle | 1 - Weekly Hourly Factory |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Health Safe Per | 24.0000 | $634.25 | $1,268.50 |
| Holiday | 0.0000 | $0.00 | $422.83 |
| Imputed GTL | | $0.50 | $1.50 |
| Regular Pay | 0.0000 | $0.00 | $951.36 |
| STD 70% | 24.0000 | $443.97 | $443.97 |

Total Hours 48.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Loan 1 | No | $34.47 | $34.47 | $0.00 | $0.00 |
| Child Life | No | $0.36 | $1.08 | $0.00 | $0.00 |
| Consumer Health | Yes | $76.63 | $229.89 | $0.00 | $0.00 |
| Dental | Yes | $3.78 | $11.34 | $0.00 | $0.00 |
| Hlth Sav Acct | Yes | $15.00 | $45.00 | $0.00 | $0.00 |
| Imputed GTL | No | $0.50 | $1.50 | $0.00 | $0.00 |
| Vision | Yes | $3.01 | $9.03 | $0.00 | $0.00 |
| Consumer Health | No | $0.00 | $0.00 | $227.53 | $682.59 |
| Dental ER | No | $0.00 | $0.00 | $8.05 | $24.15 |
| Life Insur ER | No | $0.00 | $0.00 | $3.17 | $9.51 |
| Long Term 55-ER | No | $0.00 | $0.00 | $4.09 | $12.27 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $99.00 | $278.19 |
| Employee Medicare | $14.22 | $40.50 |
| Social Security Employee Tax | $60.78 | $173.16 |
| PA State Income Tax | $16.45 | $72.06 |
| LANCASTER CITY | $5.36 | $23.48 |
| LANCASTER CITY | $0.90 | $2.70 |
| LANCASTER SD | $0.10 | $0.30 |
| PA Unemployment Employee | $0.65 | $1.86 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx4392 | Checking | $747.51 |
| Total | | $747.51 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,078.72 | $980.30 | $197.46 | $133.75 | $747.51 |
| YTD | $3,088.16 | $2,792.90 | $592.25 | $332.31 | $2,163.60 |

# J.L. CLARK

J.L. Clark LLC
923 23rd Avenue
Rockford, IL 61104

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/03/2021 |
| Period End Date | 01/09/2021 |
| Pay Date | 01/15/2021 |
| Document | 2907320 |
| Net Pay | $784.92 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Donald M Reinmiller | Employee Number | 10840 | Pay Group | JLC Hourly EEs | |
| 13 Buckwalter Cir | SSN | XXX-XX-6316 | Location | JLClark - Lancaster | |
| Millersville, PA 17551-9500 | Job | 2C Press Feeder | Div/Location | 104 - J L Clark - Lancaster | |
| USA | Pay Rate | $26.4269 | Department | 316 - Litho | |
| | Pay Frequency | Weekly | Labor Code | 316 - Litho | |
| | | | Pay Cycle | 1 - Weekly Hourly Factory | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Health Safe Per | 16.0000 | $422.83 | |
| Health Safe Per | 8.0000 | $211.42 | $634.25 |
| Holiday | 0.0000 | $0.00 | $422.83 |
| Imputed GTL | | $0.50 | $1.00 |
| Regular Pay | 18.0000 | $475.68 | $951.36 |

Total Hours 42.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Child Life | No | $0.36 | $0.72 | $0.00 | $0.00 |
| Consumer Health | Yes | $76.63 | $153.26 | $0.00 | $0.00 |
| Dental | Yes | $3.78 | $7.56 | $0.00 | $0.00 |
| Hlth Sav Acct | Yes | $15.00 | $30.00 | $0.00 | $0.00 |
| Imputed GTL | No | $0.50 | $1.00 | $0.00 | $0.00 |
| Vision | Yes | $3.01 | $6.02 | $0.00 | $0.00 |
| Consumer Health | No | $0.00 | $0.00 | $227.53 | $455.06 |
| Dental ER | No | $0.00 | $0.00 | $8.05 | $16.10 |
| Life Insur ER | No | $0.00 | $0.00 | $3.17 | $6.34 |
| Long Term 55-ER | No | $0.00 | $0.00 | $4.09 | $8.18 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $105.98 | $179.19 |
| Employee Medicare | $14.67 | $26.28 |
| Social Security Employee Tax | $62.74 | $112.38 |
| PA State Income Tax | $31.05 | $55.61 |
| LANCASTER CITY | $10.12 | $18.12 |
| LANCASTER CITY | $0.90 | $1.80 |
| LANCASTER SD | $0.10 | $0.20 |
| PA Unemployment Employee | $0.67 | $1.21 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx4392 | Checking | $784.92 |
| Total | | $784.92 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,110.43 | $1,012.01 | $226.23 | $99.28 | $784.92 |
| YTD | $2,009.44 | $1,812.60 | $394.79 | $198.56 | $1,416.09 |

# J.L. CLARK

J.L. Clark LLC
923 23rd Avenue
Rockford, IL 61104

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/27/2020 |
| Period End Date | 01/02/2021 |
| Pay Date | 01/08/2021 |
| Document | 2907021 |
| Net Pay | $631.17 |

## Pay Details

Donald M Reinmiller
13 Buckwalter Cir
Millersville, PA 17551-9500
USA

| | |
|---|---|
| Employee Number | 10840 |
| SSN | XXX-XX-6316 |
| Job | 2C Press Feeder |
| Pay Rate | $26.4269 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | JLC Hourly EEs |
| Location | JLClark - Lancaster |
| Div/Location | 104 - J L Clark - Lancaster |
| Department | 316 - Litho |
| Labor Code | 316 - Litho |
| Pay Cycle | 1 - Weekly Hourly Factory |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Holiday | 16.0000 | $422.83 | $422.83 |
| Imputed GTL | | $0.50 | $0.50 |
| Regular Pay | 18.0000 | $475.68 | $475.68 |

Total Hours 34.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Child Life | No | $0.36 | $0.36 | $0.00 | $0.00 |
| Consumer Health | Yes | $76.63 | $76.63 | $0.00 | $0.00 |
| Dental | Yes | $3.78 | $3.78 | $0.00 | $0.00 |
| Hlth Sav Acct | Yes | $15.00 | $15.00 | $0.00 | $0.00 |
| Imputed GTL | No | $0.50 | $0.50 | $0.00 | $0.00 |
| Vision | Yes | $3.01 | $3.01 | $0.00 | $0.00 |
| Consumer Health | No | $0.00 | $0.00 | $227.53 | $227.53 |
| Dental ER | No | $0.00 | $0.00 | $8.05 | $8.05 |
| Life Insur ER | No | $0.00 | $0.00 | $3.17 | $3.17 |
| Long Term 55-ER | No | $0.00 | $0.00 | $4.09 | $4.09 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $73.21 | $73.21 |
| Employee Medicare | $11.61 | $11.61 |
| Social Security Employee Tax | $49.64 | $49.64 |
| PA State Income Tax | $24.56 | $24.56 |
| LANCASTER CITY | $8.00 | $8.00 |
| LANCASTER CITY | $0.90 | $0.90 |
| LANCASTER SD | $0.10 | $0.10 |
| PA Unemployment Employee | $0.54 | $0.54 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx4392 | Checking | $631.17 |
| Total | | $631.17 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $899.01 | $800.59 | $168.56 | $99.28 | $631.17 |
| YTD | $899.01 | $800.59 | $168.56 | $99.28 | $631.17 |

# J.L. CLARK

J.L. Clark LLC
923 23rd Avenue
Rockford, IL 61104

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/20/2020 |
| Period End Date | 12/26/2020 |
| Pay Date | 12/31/2020 |
| Document | 2906628 |
| Net Pay | $871.94 |

## Pay Details

Donald M Reinmiller
13 Buckwalter Cir
Millersville, PA 17551-9500
USA

| | |
|---|---|
| Employee Number | 10840 |
| SSN | 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 |
| Job | 2C Press Feeder |
| Pay Rate | $26.4269 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | JLC Hourly EEs |
| Location | JLClark - Lancaster |
| Div/Location | 104 - J L Clark - Lancaster |
| Department | 316 - Litho |
| Labor Code | 316 - Litho |
| Pay Cycle | 1 - Weekly Hourly Factory |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Bereavement Pay | 0.0000 | $0.00 | $475.69 |
| COVID-EE | 0.0000 | $0.00 | $1,902.74 |
| COVID-Excess | 0.0000 | $0.00 | $211.42 |
| COVID-STD | 0.0000 | $0.00 | $1,849.89 |
| Holiday | 16.0000 | $422.83 | $1,902.76 |
| HSA ER | 0.0000 | $0.00 | $750.00 |
| Imputed GTL | | $0.50 | $26.00 |
| Overtime Pay | 2.2000 | $87.21 | $2,497.32 |
| Regular Pay | 24.0000 | $634.25 | $36,709.25 |
| Special Sick | 0.0000 | $0.00 | $2,270.52 |
| Vacation Pay | 0.0000 | $0.00 | $5,285.42 |

Total Hours  42.2000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Deferral | Yes | $0.00 | $476.56 | $0.00 | $0.00 |
| 401K Loan 1 | No | $0.00 | $721.60 | $0.00 | $0.00 |
| Child Life | No | $0.00 | $18.36 | $0.00 | $0.00 |
| Consumer Health | Yes | $0.00 | $3,273.81 | $0.00 | $0.00 |
| Dental | Yes | $0.00 | $154.98 | $0.00 | $0.00 |
| Hlth Sav Acct | Yes | $0.00 | $152.85 | $0.00 | $0.00 |
| Imputed GTL | No | $0.50 | $26.00 | $0.00 | $0.00 |
| offset earn | No | $0.00 | $750.00 | $0.00 | $0.00 |
| Vision | Yes | $0.00 | $139.65 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $0.00 | $476.56 |
| Consumer Health | No | $0.00 | $0.00 | $0.00 | $9,724.77 |
| Dental ER | No | $0.00 | $0.00 | $0.00 | $334.02 |
| Life Insur ER | No | $0.00 | $0.00 | $0.00 | $433.50 |
| Long Term 55-ER | No | $0.00 | $0.00 | $0.00 | $132.60 |
| Vison ER | No | $0.00 | $0.00 | $0.00 | $3.12 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $136.62 | $5,105.04 |
| Employee Medicare | $16.60 | $716.44 |
| Social Security Employee Tax | $70.97 | $3,063.40 |
| PA State Income Tax | $35.13 | $1,516.10 |
| LANCASTER CITY | $11.44 | $493.82 |
| LANCASTER CITY | $0.90 | $46.80 |
| LANCASTER SD | $0.00 | $5.00 |
| PA Unemployment Employee | $0.69 | $31.82 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx4392 | Checking | $871.94 |
| Total | | $871.94 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,144.79 | $1,144.79 | $272.35 | $0.50 | $871.94 |
| YTD | $53,881.01 | $48,933.16 | $10,978.42 | $5,713.81 | $37,188.78 |

# J.L. CLARK

J.L. Clark LLC
923 23rd Avenue
Rockford, IL 61104

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/13/2020 |
| Period End Date | 12/19/2020 |
| Pay Date | 12/24/2020 |
| Document | 2906200 |
| Net Pay | $891.09 |

## Pay Details

| | | | |
|---|---|---|---|
| Donald M Reinmiller | Employee Number 10840 | Pay Group | JLC Hourly EEs |
| 13 Buckwalter Cir | SSN 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 | Location | JLClark - Lancaster |
| Millersville, PA 17551-9500 | Job 2C Press Feeder | Div/Location | 104 - J L Clark - Lancaster |
| USA | Pay Rate $26.4269 | Department | 316 - Litho |
| | Pay Frequency Weekly | Labor Code | 316 - Litho |
| | | Pay Cycle | 1 - Weekly Hourly Factory |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Bereavement Pay | 0.0000 | $0.00 | $475.69 |
| COVID-EE | 0.0000 | $0.00 | $1,902.74 |
| COVID-Excess | 0.0000 | $0.00 | $211.42 |
| COVID-STD | 0.0000 | $0.00 | $1,849.89 |
| Holiday | 0.0000 | $0.00 | $1,479.93 |
| HSA ER | | $250.00 | $750.00 |
| Imputed GTL | | $0.50 | $25.50 |
| Overtime Pay | 5.0000 | $198.20 | $2,410.11 |
| Regular Pay | 40.0000 | $1,057.08 | $36,075.00 |
| Special Sick | 0.0000 | $0.00 | $2,270.52 |
| Vacation Pay | 0.0000 | $0.00 | $5,285.42 |

Total Hours 45.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Deferral | Yes | $0.00 | $476.56 | $0.00 | $0.00 |
| 401K Loan 1 | No | $0.00 | $721.60 | $0.00 | $0.00 |
| Child Life | No | $0.36 | $18.36 | $0.00 | $0.00 |
| Consumer Health | Yes | $74.61 | $3,273.81 | $0.00 | $0.00 |
| Dental | Yes | $3.68 | $154.98 | $0.00 | $0.00 |
| Hlth Sav Acct | Yes | $0.00 | $152.85 | $0.00 | $0.00 |
| Imputed GTL | No | $0.50 | $25.50 | $0.00 | $0.00 |
| offset earn | No | $250.00 | $750.00 | $0.00 | $0.00 |
| Vision | Yes | $3.15 | $139.65 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $0.00 | $476.56 |
| Consumer Health | No | $0.00 | $0.00 | $221.52 | $9,724.77 |
| Dental ER | No | $0.00 | $0.00 | $7.82 | $334.02 |
| Life Insur ER | No | $0.00 | $0.00 | $8.50 | $433.50 |
| Long Term 55-ER | No | $0.00 | $0.00 | $2.60 | $132.60 |
| Vison ER | No | $0.00 | $0.00 | $0.07 | $3.12 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $143.12 | $4,968.42 |
| Employee Medicare | $17.03 | $699.84 |
| Social Security Employee Tax | $72.81 | $2,992.43 |
| PA State Income Tax | $36.04 | $1,480.97 |
| LANCASTER CITY | $11.74 | $482.38 |
| LANCASTER CITY | $0.90 | $45.90 |
| LANCASTER SD | $0.00 | $5.00 |
| PA Unemployment Employee | $0.75 | $31.13 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx4392 | Checking | $891.09 |
| Total | | $891.09 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,505.78 | $1,174.34 | $282.39 | $332.30 | $891.09 |
| YTD | $52,736.22 | $47,788.37 | $10,706.07 | $5,713.31 | $36,316.84 |

# J.L. CLARK

J.L. Clark LLC
923 23rd Avenue
Rockford, IL 61104

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/06/2020 |
| Period End Date | 12/12/2020 |
| Pay Date | 12/18/2020 |
| Document | 2905858 |
| Net Pay | $502.76 |

## Pay Details

Donald M Reinmiller
13 Buckwalter Cir
Millersville, PA 17551-9500
USA

| | |
|---|---|
| Employee Number | 10840 |
| SSN | 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 |
| Job | 2C Press Feeder |
| Pay Rate | $26.4269 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | JLC Hourly EEs |
| Location | JLClark - Lancaster |
| Div/Location | 104 - J L Clark - Lancaster |
| Department | 316 - Litho |
| Labor Code | 316 - Litho |
| Pay Cycle | 1 - Weekly Hourly Factory |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Bereavement Pay | 0.0000 | $0.00 | $475.69 |
| COVID-EE | 0.0000 | $0.00 | $1,902.74 |
| COVID-Excess | 0.0000 | $0.00 | $211.42 |
| COVID-STD | 0.0000 | $0.00 | $1,849.89 |
| Holiday | 0.0000 | $0.00 | $1,479.93 |
| HSA ER | 0.0000 | $0.00 | $500.00 |
| Imputed GTL | | $0.50 | $25.00 |
| Overtime Pay | 0.0000 | $0.00 | $2,211.91 |
| Regular Pay | 27.0000 | $713.53 | $35,017.92 |
| Special Sick | 0.0000 | $0.00 | $2,270.52 |
| Vacation Pay | 0.0000 | $0.00 | $5,285.42 |

Total Hours 27.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Deferral | Yes | $0.00 | $476.56 | $0.00 | $0.00 |
| 401K Loan 1 | No | $0.00 | $721.60 | $0.00 | $0.00 |
| Child Life | No | $0.36 | $18.00 | $0.00 | $0.00 |
| Consumer Health | Yes | $74.61 | $3,199.20 | $0.00 | $0.00 |
| Dental | Yes | $3.68 | $151.30 | $0.00 | $0.00 |
| Hlth Sav Acct | Yes | $0.00 | $152.85 | $0.00 | $0.00 |
| Imputed GTL | No | $0.50 | $25.00 | $0.00 | $0.00 |
| offset earn | No | $0.00 | $500.00 | $0.00 | $0.00 |
| Vision | Yes | $3.15 | $136.50 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $0.00 | $476.56 |
| Consumer Health | No | $0.00 | $0.00 | $221.52 | $9,503.25 |
| Dental ER | No | $0.00 | $0.00 | $7.82 | $326.20 |
| Life Insur ER | No | $0.00 | $0.00 | $8.50 | $425.00 |
| Long Term 55-ER | No | $0.00 | $0.00 | $2.60 | $130.00 |
| Vison ER | No | $0.00 | $0.00 | $0.07 | $3.05 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $53.42 | $4,825.30 |
| Employee Medicare | $9.17 | $682.81 |
| Social Security Employee Tax | $39.22 | $2,919.62 |
| PA State Income Tax | $19.41 | $1,444.93 |
| LANCASTER CITY | $6.32 | $470.64 |
| LANCASTER CITY | $0.90 | $45.00 |
| LANCASTER SD | $0.10 | $5.00 |
| PA Unemployment Employee | $0.43 | $30.38 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx4392 | Checking | $502.76 |
| Total | | $502.76 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $714.03 | $632.59 | $128.97 | $82.30 | $502.76 |
| YTD | $51,230.44 | $46,614.03 | $10,423.68 | $5,381.01 | $35,425.75 |

**J.L. CLARK**
J.L. Clark LLC
923 23rd Avenue
Rockford, IL 61104

**Pay Statement**
Period Start Date  11/29/2020
Period End Date  12/05/2020
Pay Date  12/11/2020
Document  2905450
Net Pay  $890.99

## Pay Details

Donald M Reinmiller
13 Buckwalter Cir
Millersville, PA 17551-9500
USA

Employee Number  10840
SSN  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
Job  2C Press Feeder
Pay Rate  $26.4269
Pay Frequency  Weekly

Pay Group  JLC Hourly EEs
Location  JLClark - Lancaster
Div/Location  104 - J L Clark - Lancaster
Department  316 - Litho
Labor Code  316 - Litho
Pay Cycle  1 - Weekly Hourly Factory

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Bereavement Pay | 0.0000 | $0.00 | $475.69 |
| COVID-EE | 0.0000 | $0.00 | $1,902.74 |
| COVID-Excess | 0.0000 | $0.00 | $211.42 |
| COVID-STD | 0.0000 | $0.00 | $1,849.89 |
| Holiday | 0.0000 | $0.00 | $1,479.93 |
| HSA ER | 0.0000 | $0.00 | $500.00 |
| Imputed GTL | | $0.50 | $24.50 |
| Overtime Pay | 5.0000 | $198.20 | $2,211.91 |
| Regular Pay | 40.0000 | $1,057.08 | $34,304.39 |
| Special Sick | 0.0000 | $0.00 | $2,270.52 |
| Vacation Pay | 0.0000 | $0.00 | $5,285.42 |

Total Hours 45.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Deferral | Yes | $0.00 | $476.56 | $0.00 | $0.00 |
| 401K Loan 1 | No | $0.00 | $721.60 | $0.00 | $0.00 |
| Child Life | No | $0.36 | $17.64 | $0.00 | $0.00 |
| Consumer Health | Yes | $74.61 | $3,124.59 | $0.00 | $0.00 |
| Dental | Yes | $3.68 | $147.62 | $0.00 | $0.00 |
| Hlth Sav Acct | Yes | $0.00 | $152.85 | $0.00 | $0.00 |
| Imputed GTL | No | $0.50 | $24.50 | $0.00 | $0.00 |
| offset earn | No | $0.00 | $500.00 | $0.00 | $0.00 |
| Vision | Yes | $3.15 | $133.35 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $0.00 | $476.56 |
| Consumer Health | No | $0.00 | $0.00 | $221.52 | $9,281.73 |
| Dental ER | No | $0.00 | $0.00 | $7.82 | $318.38 |
| Life Insur ER | No | $0.00 | $0.00 | $8.50 | $416.50 |
| Long Term 55-ER | No | $0.00 | $0.00 | $2.60 | $127.40 |
| Vison ER | No | $0.00 | $0.00 | $0.07 | $2.98 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $143.12 | $4,771.88 |
| Employee Medicare | $17.03 | $673.64 |
| Social Security Employee Tax | $72.81 | $2,880.40 |
| PA State Income Tax | $36.04 | $1,425.52 |
| LANCASTER CITY | $11.74 | $464.32 |
| LANCASTER CITY | $0.90 | $44.10 |
| LANCASTER SD | $0.10 | $4.90 |
| PA Unemployment Employee | $0.75 | $29.95 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx4392 | Checking | $890.99 |
| Total | | $890.99 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,255.78 | $1,174.34 | $282.49 | $82.30 | $890.99 |
| YTD | $50,516.41 | $45,981.44 | $10,294.71 | $5,298.71 | $34,922.99 |