United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-10312-pmm
Donald Michael Reinmiller Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Jun 17, 2021      Form ID: 155      Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donald Michael Reinmiller, 13 Buckwalter Circle, Millersville, PA 17551-9500 |
| 14598345 | + | Lancaster Gen Hospital, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14581825 | + | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 14588571 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14582994 | + | Quicken Loans, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14585781 | + | Rocket Loans, 1274 Library St, Detroit, MI 48226-2256 |
| 14581830 | + | Rocket Loans, 1001 Woodward Avenue, Suite 1750, Detroit, MI 48226-1904 |
| 14581832 | | Wellspan Health, Po Box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14581823 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 17 2021 23:52:39 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14587446 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 17 2021 23:52:41 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14581824 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 17 2021 23:56:00 | Comenity Capital Bank, PO Box 183043, Columbus, OH 43218-3043 |
| 14598777 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 17 2021 23:52:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14590627 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 17 2021 23:52:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14581826 | + | Email/Text: unger@members1st.org | Jun 17 2021 23:56:00 | Members 1st Federal Credit Union, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 14581827 | + | Email/Text: unger@members1st.org | Jun 17 2021 23:56:00 | Members First Federal Credit Union, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 14581828 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 17 2021 23:52:15 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14597960 | | Email/Text: bnc-quantum@quantum3group.com | Jun 17 2021 23:56:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14581829 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 17 2021 23:56:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14581831 | | Email/Text: bknotice@upgrade.com | Jun 17 2021 23:55:00 | Upgrade Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |

TOTAL: 11

# BYPASSED RECIPIENTS

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jun 17, 2021 | Form ID: 155 | Total Noticed: 19

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| MICHAEL D. HESS | on behalf of Debtor Donald Michael Reinmiller amburke7@yahoo.com |
| REBECCA ANN SOLARZ | on behalf of Creditor QUICKEN LOANS LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Donald Michael Reinmiller
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−10312−pmm

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 17, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

18
Form 155