| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 21-10312-PMM

| | |
|---|---|
| Donald Michael Reinmiller | Petition Filed Date: 02/08/2021 |
| 13 Buckwalter Circle | 341 Hearing Date: 03/16/2021 |
| Millersville PA   17551 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/08/2021 | $150.00 | | 03/31/2021 | $150.00 | | 05/03/2021 | $150.00 | |
| 06/01/2021 | $150.00 | | | | | | | |

**Total Receipts for the Period: $600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC as agent for<br>»» 007 | Unsecured Creditors | $2,998.58 | $0.00 | $0.00 |
| 2 | LANCASTER GENERAL HOSPITAL<br>»» 008 | Unsecured Creditors | $1,226.65 | $0.00 | $0.00 |
| 4 | MEMBERS 1ST FCU<br>»» 010 | Unsecured Creditors | $773.50 | $0.00 | $0.00 |
| 5 | MEMBERS 1ST FCU<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $9,750.98 | $0.00 | $0.00 |
| 7 | ROCKET LOANS<br>»» 001 | Unsecured Creditors | $8,134.18 | $0.00 | $0.00 |
| 8 | WELL SPAN<br>»» 002 | Unsecured Creditors | $167.36 | $0.00 | $0.00 |
| 9 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $4,995.23 | $0.00 | $0.00 |
| 10 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $8,421.93 | $0.00 | $0.00 |
| 11 | QUICKEN LOANS INC<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MERRICK BANK<br>»» 006 | Unsecured Creditors | $60.63 | $0.00 | $0.00 |
| 0 | BURKE & HESS | Attorney Fees | $4,250.00 | $0.00 | $4,250.00 |

**Chapter 13 Case No. 21-10312-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $600.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($150.00) |
| Paid to Trustee: | $51.00 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $549.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.