| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 21-10312-PMM**

Donald Michael Reinmiller  
13 Buckwalter Circle  
Millersville  PA     17551

Petition Filed Date: 02/08/2021  
341 Hearing Date: 03/16/2021  
Confirmation Date: 06/17/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | $150.00 | | 06/01/2021 | $150.00 | | 06/30/2021 | $150.00 | |
| 07/30/2021 | $150.00 | | 08/30/2021 | $150.00 | | 09/28/2021 | $150.00 | |
| 10/21/2021 | $150.00 | | 11/29/2021 | $150.00 | | 12/28/2021 | $150.00 | |
| 01/31/2022 | $150.00 | | 02/25/2022 | $150.00 | | 03/22/2022 | $150.00 | |
| 04/25/2022 | $150.00 | | 05/20/2022 | $150.00 | | 06/27/2022 | $150.00 | |
| 07/26/2022 | $150.00 | | | | | | | |

**Total Receipts for the Period:  $2,400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  007 | Unsecured Creditors | $2,998.58 | $0.00 | $2,998.58 |
| 2 | LANCASTER GENERAL HOSPITAL<br>»»  008 | Unsecured Creditors | $1,226.65 | $0.00 | $1,226.65 |
| 4 | MEMBERS 1ST FCU<br>»»  010 | Unsecured Creditors | $773.50 | $0.00 | $773.50 |
| 5 | MEMBERS 1ST FCU<br>»»  011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»»  009 | Unsecured Creditors | $9,750.98 | $0.00 | $9,750.98 |
| 7 | ROCKET LOANS<br>»»  001 | Unsecured Creditors | $8,134.18 | $0.00 | $8,134.18 |
| 8 | WELL SPAN<br>»»  002 | Unsecured Creditors | $167.36 | $0.00 | $167.36 |
| 9 | AMERICAN INFOSOURCE LP<br>»»  003 | Unsecured Creditors | $4,995.23 | $0.00 | $4,995.23 |
| 10 | AMERICAN INFOSOURCE LP<br>»»  004 | Unsecured Creditors | $8,421.93 | $0.00 | $8,421.93 |
| 11 | QUICKEN LOANS INC<br>»»  005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MERRICK BANK<br>»»  006 | Unsecured Creditors | $60.63 | $0.00 | $60.63 |
| 0 | BURKE & HESS | Attorney Fees | $2,595.86 | $2,331.00 | $264.86 |

Chapter 13 Case No. 21-10312-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,700.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $2,331.00 | Arrearages: | ($150.00) |
| Paid to Trustee: | $231.00 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $138.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.