| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 21-10312-PMM**

| | |
|---|---|
| Donald Michael Reinmiller | Petition Filed Date: 02/08/2021 |
| 13 Buckwalter Circle | 341 Hearing Date: 03/16/2021 |
| Millersville  PA    17551 | Confirmation Date: 06/17/2021 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $150.00 | | 09/22/2022 | $150.00 | | 10/24/2022 | $150.00 | |
| 11/21/2022 | $150.00 | | 12/22/2022 | $150.00 | | 01/23/2023 | $150.00 | |
| 02/16/2023 | $150.00 | | 03/16/2023 | $150.00 | | 04/24/2023 | $150.00 | |
| 05/22/2023 | $150.00 | | 07/05/2023 | $150.00 | | | | |

**Total Receipts for the Period: $1,650.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $2,998.58 | $113.83 | $2,884.75 |
| 2 | LANCASTER GENERAL HOSPITAL<br>»» 008 | Unsecured Creditors | $1,226.65 | $37.38 | $1,189.27 |
| 4 | MEMBERS 1ST FCU<br>»» 010 | Unsecured Creditors | $773.50 | $17.76 | $755.74 |
| 5 | MEMBERS 1ST FCU<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $9,750.98 | $370.16 | $9,380.82 |
| 7 | ROCKET LOANS<br>»» 001 | Unsecured Creditors | $8,134.18 | $308.78 | $7,825.40 |
| 8 | WELL SPAN<br>»» 002 | Unsecured Creditors | $167.36 | $0.00 | $167.36 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $4,995.23 | $189.61 | $4,805.62 |
| 10 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $8,421.93 | $319.71 | $8,102.22 |
| 11 | QUICKEN LOANS INC<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MERRICK BANK<br>»» 006 | Unsecured Creditors | $60.63 | $0.00 | $60.63 |
| 0 | BURKE & HESS | Attorney Fees | $2,595.86 | $2,595.86 | $0.00 |

Chapter 13 Case No. 21-10312-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,500.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $3,953.09 | Arrearages: | $0.00 |
| Paid to Trustee: | $381.00 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $165.91 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.