| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 21-10312-PMM**

Donald Michael Reinmiller
13 Buckwalter Circle
Millersville  PA    17551

Petition Filed Date: 02/08/2021
341 Hearing Date: 03/16/2021
Confirmation Date: 06/17/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2023 | $150.00 | | 09/07/2023 | $150.00 | | 10/10/2023 | $150.00 | |
| 11/09/2023 | $150.00 | | 12/11/2023 | $150.00 | | 01/10/2024 | $150.00 | |
| 02/09/2024 | $150.00 | | 03/11/2024 | $150.00 | | 04/08/2024 | $150.00 | |
| 05/09/2024 | $150.00 | | 06/10/2024 | $150.00 | | 07/09/2024 | $150.00 | |

**Total Receipts for the Period:  $1,800.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR »» 007 | Unsecured Creditors | $2,998.58 | $247.04 | $2,751.54 |
| 2 | LANCASTER GENERAL HOSPITAL »» 008 | Unsecured Creditors | $1,226.65 | $91.94 | $1,134.71 |
| 4 | MEMBERS 1ST FCU »» 010 | Unsecured Creditors | $773.50 | $52.29 | $721.21 |
| 5 | MEMBERS 1ST FCU »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $9,750.98 | $839.46 | $8,911.52 |
| 7 | ROCKET LOANS »» 001 | Unsecured Creditors | $8,134.18 | $700.23 | $7,433.95 |
| 8 | WELL SPAN »» 002 | Unsecured Creditors | $167.36 | $0.00 | $167.36 |
| 9 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $4,995.23 | $430.00 | $4,565.23 |
| 10 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $8,421.93 | $725.07 | $7,696.86 |
| 11 | QUICKEN LOANS INC »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MERRICK BANK »» 006 | Unsecured Creditors | $60.63 | $0.00 | $60.63 |
| 0 | BURKE & HESS | Attorney Fees | $2,595.86 | $2,595.86 | $0.00 |

**Chapter 13 Case No. 21-10312-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,300.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $5,681.89 | Arrearages: | $0.00 |
| Paid to Trustee: | $559.50 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $58.61 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.