**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Donald Michael Reinmiller** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| | (State) |
| Case Number | **21-10312-PMM** |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   QUICKEN LOANS INC

**Court claim no.**  (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account:   2   9   9   8

**Property Address:**   13 BUCKWALTER CIR
Number        Street

MILLERSVILLE                                    PA      17551
City                                                   State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $        -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $        -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $        -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $        -0- |

**Part 4:    Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:            $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

**Part 5:    Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:            $ _____ -0-

**Part 6:    A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✖ /s/ Scott F. Waterman _____            Date    02/25/2026 _____
   Signature

Trustee        Scott F. Waterman _____
               First Name            Middle Name            Last Name

Address        2901 St. Lawrence Avenue, Suite 100 _____
               Number        Street

               Reading _____            PA      19606 ____
               City                                 State   ZIP Code

Contact phone  (610) 779-1313 _____        Email  info@ReadingCh13.com _____

| Debtor 1 | **Donald Michael Reinmiller** | Case Number **21-10312-PMM** | Page 1 |
| | Name | | |

## History Of Payments

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---------|------|---------------|------|---------|--------------------|--------|
| | | | | | Total for Claim Number : | 0.00 |
| | | | | | **Total for :** | **0.00** |