United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 21-10312-pmm

Donald Michael Reinmiller                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 26, 2026 | Form ID: 138OBJ | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donald Michael Reinmiller, 13 Buckwalter Circle, Millersville, PA 17551-9500 |
| 14617147 | + | Burke & Hess, 1672 Manheim Pike, Lancaster, PA 17601-3028 |
| 14581825 | + | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 14581830 | + | Rocket Loans, 1001 Woodward Avenue, Suite 1750, Detroit, MI 48226-1904 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 27 2026 00:34:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 27 2026 00:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14581823 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2026 00:41:55 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14587446 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 27 2026 00:42:39 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14581824 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2026 00:34:00 | Comenity Capital Bank, PO Box 183043, Columbus, OH 43218-3043 |
| 14598777 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2026 00:42:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14598345 | ^ | MEBN | Feb 27 2026 00:31:41 | Lancaster Gen Hospital, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14590627 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 27 2026 00:41:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14581826 | + | Email/Text: unger@members1st.org | Feb 27 2026 00:35:00 | Members 1st Federal Credit Union, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 14581827 | + | Email/Text: unger@members1st.org | Feb 27 2026 00:35:00 | Members First Federal Credit Union, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 14581828 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 27 2026 00:41:56 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14597960 | | Email/Text: bnc-quantum@quantum3group.com | Feb 27 2026 00:34:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14581829 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 27 2026 00:35:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14582994 | ^ | MEBN | Feb 27 2026 00:31:41 | Quicken Loans, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Feb 26, 2026 | Form ID: 138OBJ | Total Noticed: 22

| | | | 19106-1541 |
|---|---|---|---|
| 14588571 | + Email/Text: bankruptcyteam@rocketmortgage.com | Feb 27 2026 00:35:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14585781 | + Email/Text: OpsCompliance@RocketLoans.com | Feb 27 2026 00:34:00 | Rocket Loans, 1274 Library St, Detroit, MI 48226-2256 |
| 14581831 | Email/Text: bknotice@upgrade.com | Feb 27 2026 00:34:00 | Upgrade Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 14581832 | Email/Text: bankruptcynotification@wellspan.org | Feb 27 2026 00:34:00 | Wellspan Health, Po Box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com |
| MICHAEL D. HESS | on behalf of Debtor Donald Michael Reinmiller kortiz739@yahoo.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)–doc 37 – 34

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
|    Donald Michael Reinmiller | ) | Case No. 21–10312–pmm |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 26, 2026

For The Court

Mohung Wong
Clerk of Court